## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and MALLINCKRODT LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>IMPAX LABORATORIES, INC.<br><br>　　　　Defendant. | C.A. No. 14-cv-1383-RGA-MPT |
| ENDO PHARMACEUTICALS INC. and MALLINCKRODT LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>IMPAX LABORATORIES, INC. and THORX LABORATORIES, INC.,<br><br>　　　　Defendants. | C.A. No. 14-cv-1384-RGA-MPT |

### CONSENT ORDER OF DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in view of the Confidential Stipulation of Dismissal entered by the parties in conjunction herewith, and whereas these actions have been stayed pending resolution of related litigation in this Court involving the same patents-in-suit, D.I. 116 and 121 in C.A. No. 14-cv-1383; and D.I 117 and 122 in C.A. No. 14-cv-1384, and whereas no final judgment has been entered with respect to any claims, counterclaims or defenses asserted in these actions by any party, and for good cause shown,

NOW, THEREFORE, the Court hereby ORDERS, with the consent of the parties, as follows:

1. All claims, defenses and counterclaims asserted by Plaintiffs against Impax and ThoRx in the above captioned actions are hereby dismissed, without prejudice.

2. All claims, defenses and counterclaims asserted by Impax and Thorx against Plaintiffs in the above captioned actions are hereby dismissed, without prejudice.

3. Nothing herein is intended to or shall have any impact on any claims, defenses or counterclaims asserted by Plaintiffs or Defendants in any other actions between them or in any other actions involving the patents-in-suit.

4. Each party is to bear all of its own costs, expenses, and fees.

SO ORDERED on this 27 day of Feb , 2018.

_____
Hon. Richard G. Andrews